IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLIFFORD L. BRODY

    Plaintiff

vs.                                            Civil Action #1:07-cv-01899RMC

RICHARD ATKINS, *et al.*

    Defendants

## LINE OF APPEARANCE AND
## REQUEST FOR NOTICE

THE CLERK OF THE COURT will please enter the appearances of JOHN C. HANRAHAN, ESQ., DAVID M. SCHOENFELD, ESQ., and WARD & KLEIN, CHTD. as counsel for Defendants COBBLESTONE ASSOCIATES, LLC, CYNTHIA SAMUELS, RICHARD ATKINS, DAVID M. SCHOENFELD, ESQ., and WARD & KLEIN, CHARTERED in the above-referenced matter. Please serve counsel with copies of all Motions, pleadings, Orders, and Notices filed herein.

                                                Respectfully submitted,
                                                WARD & KLEIN, CHARTERED

                                                */s/ John C. Hanrahan, Esq.*
                                                John C. Hanrahan, Esq.  #412118
                                                David M. Schoenfeld, Esq.  #431146
                                                2275 Research Blvd., #720
                                                Rockville MD  20850
                                                240-243-7200
                                                Attorneys for Defendants Cobblestone Associates, LLP, Atkins, Samuels, David M. Schoenfeld, Esq., and Ward & Klein, Chartered

CERTIFICATE OF SERVICE

    I hereby certify that on November 8, 2007, I caused a copy of the foregoing to be served via first-class mail, postage pre-paid to:

Clifford L. Brody
3914 Crescent Street
Bethesda, MD 20816-1702
*Plaintiff*

National Prostate Cancer Coalition
c/o Richard Atkins, CEO
1154 15th Street, N.W.
Washington, D.C. 20005
*Defendant*

Kathrina Peterson, Esq.
Kuder, Smollar & Friedman, P.C.
1350 Connecticut Ave., N.W., Suite 600
Washington, D.C. 20036
*Defendant*

Kuder, Smollar & Friedman, P.C.
1350 Connecticut Ave., N.W., Suite 600
Washington, D.C. 20036
*Defendant*

    */s/ John C. Hanrahan*
    John C. Hanrahan, Esq.