IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLIFFORD L. BRODY

    Plaintiff

vs.                                            Civil Action #1:07-cv-01899RMC

RICHARD ATKINS, *et al.*

    Defendants

## RESPONSE TO PLAINTIFF'S
## MOTION TO QUASH REMOVAL

Comes now Defendants RICHARD ATKINS, CYNTHIA SAMUELS, COBBLESTONE ASSOCIATES, LLP, DAVID M. SCHOENFELD, ESQ. and WARD & KLEIN, CHARTERED, by and through counsel, JOHN C. HANRAHAN, ESQ., DAVID M. SCHOENFELD, ESQ. and WARD & KLEIN, CHARTERED, and do herewith respond to Plaintiff's Motion to Quash Removal previously filed herein, and state as follows in support thereof:

1. Plaintiff commenced this action by filing his Complaint with the Clerk of this Court on or about October 22, 2007. Thereafter, this Court issued process, and service of process was obtained upon the Defendants responding hereto.

2. That on November 6, 2007, in conformity with Federal Rule of Bankruptcy Procedure 9027, the above Defendants filed a Notice of Removal with the United States Bankruptcy Court for the District of Maryland, Southern Division, in Plaintiff's pending Chapter 13 Bankruptcy matter (*In re: Clifford L. Brody*, Chapter 13 Case No. 07-11415TJC).

3. That contemporaneous with the filing of the Notice of Removal in the U.S. Bankruptcy Court, the Defendants also filed a Praecipe Submitting Notice of

Removal in this matter, advising this Court of the removal of this case from this Court to the U.S. Bankruptcy Court for the District of Maryland. [See Docket Entry #3.]

4. That upon the filing of the Notice of Removal in the Plaintiff's pending bankruptcy matter, this Court is automatically divested of any further jurisdiction over this matter. *In re: Si Yeon Park, Ltd.*, 198 B.R. 956, 36 C.B.C.2d 1113 (Bankr. C.D. Cal 1996); *see also In re: Exchange Parts of America, Inc.*, 138 B.R. 585 (Bankr. W.D. Ark. 1992); *In re: Tandem Enterprises, Ltd.*, 124 B.R. 283 (Bankr. N.D. Ill. 1991). Accordingly, this Court does not have jurisdiction to consider Plaintiff's instant motion.

WHEREFORE, the foregoing being true, Defendants pray this Court summarily deny Plaintiff's Motion to Quash Removal and to Remand as moot.

> Respectfully submitted,
> WARD & KLEIN, CHARTERED
>
> */s/ John C. Hanrahan, Esq.*
> John C. Hanrahan, Esq. #412118
> David M. Schoenfeld, Esq. #431146
> 2275 Research Blvd., #720
> Rockville MD 20850
> 240-243-7200
> Attorneys for Defendants Atkins, Samuels,
>   Cobblestone Associates, LLP, David M.
>   Schoenfeld, Esq., and Ward & Klein,
>   Chartered

CERTIFICATE OF SERVICE

    I hereby certify that on November 26, 2007, I caused a copy of the foregoing to be served via first-class mail, postage pre-paid to:

Clifford L. Brody
3914 Crescent Street
Bethesda, MD 20816-1702
*Plaintiff*

National Prostate Cancer Coalition
c/o Richard Atkins, CEO
1154 15th Street, N.W.
Washington, D.C. 20005
*Defendant*

Kathrina Peterson, Esq.
Kuder, Smollar & Friedman, P.C.
1350 Connecticut Ave., N.W., Suite 600
Washington, D.C. 20036
*Defendant*

Kuder, Smollar & Friedman, P.C.
1350 Connecticut Ave., N.W., Suite 600
Washington, D.C. 20036
*Defendant*

    */s/ John C. Hanrahan*
    John C. Hanrahan, Esq.