UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLIFFORD L. BRODY

            Plaintiff
            *pro se*

v.

RICHARD ATKINS, CYNTHIA SAMUELS,
COBBLESTONE ASSOCIATES LLP,
DAVID M. SCHOENFELD,
WARD & KLEIN CHARTERED,
KATHRINA PETERSEN,
KUDER, SMOLLAR & FRIEDMAN, P.C.,
NATIONAL PROSTATE CANCER
COALITION,

            Defendants

CA 1:07-cv-01899-RMC
District for District of Columbia

*Related Case*:
Chapter 13: 07-11415-TJC
Southern District of Maryland

*Related Case*:
Adversary Proceeding 07-00902
Southern District of Maryland

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Pursuant and with reference to an agreement reached among all parties in the above-captioned matter, Plaintiff Clifford L. Brody submits this Motion to Dismiss this matter with prejudice.

Bethesda, Maryland
May 20, 2008

RECEIVED
MAY 2 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clifford L. Brody
4914 Crescent Street
Bethesda, Maryland 20816-1702

Respectfully submitted by:

_____
Clifford L. Brody
*pro se*

1

## CERTIFICATION OF DEFENDANTS' CONSENT TO MOTION

I, Clifford L. Brody, solemnly swear or affirm under criminal penalties for the making of a false statement that, pursuant to an agreement affirmed by all parties on March 19, 2008 and accepted by the United States Bankruptcy Court for the Southern District of Maryland on April 28, 2008, I have secured Defendants' consent to this Motion.

_____          _____
Date                                                   Clifford L. Brody

## AFFIRMATION

I, Clifford L. Brody, solemnly swear or affirm under criminal penalties for the making of a false statement that I have read the foregoing Motion and that the factual statements made in it are true and correct to the best of my personal knowledge, information and belief.

_____          _____
Date                                                   Clifford L. Brody

Copies to:

For Defendants Atkins, Samuels, Ward, and Cobblestone:
David Schoenfeld
c/o Ward & Klein, Chartered
2275 Research Blvd., Suite 720
Rockville, MD 20850

For Defendants Kuder and Peterson:
David B. Stratton, Esq.
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Ave., N.W. Suite 600
Washington, D.C. 20036-4117

For Defendant National Prostate Cancer Coalition:
Leslie A Epley
Crowell & Morning
1001 Pennsylvania Ave NW
Washington DC 20004-2595

Nancy L. Spencer-Grigsby
POB 958
Bowie, MD 20718

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of May, 2008 a copy of the foregoing was forwarded by First Class mail to Defendants and others at their offices or those of their attorneys, at

For Defendants Atkins, Samuels, Ward, and Cobblestone:
David Schoenfeld
c/o Ward & Klein, Chartered
2275 Research Blvd., Suite 720
Rockville, MD 20850

For Defendants Kuder and Peterson:
David B. Stratton, Esq.
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Ave., N.W. Suite 600
Washington, D.C. 20036-4117

For Defendant National Prostate Cancer Coalition:
Leslie A Epley
Crowell & Morning
1001 Pennsylvania Ave NW
Washington DC 20004-2595

Nancy L. Spencer-Grigsby
POB 958
Bowie, MD 20718

_____
Clifford L. Brody

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLIFFORD L. BRODY<br><br>Plaintiff<br>*pro se*<br><br>v.<br><br>RICHARD ATKINS, CYNTHIA SAMUELS,<br>COBBLESTONE ASSOCIATES LLP,<br>DAVID M. SCHOENFELD,<br>WARD & KLEIN CHARTERED,<br>KATHRINA PETERSEN,<br>KUDER, SMOLLAR & FRIEDMAN, P.C.,<br>NATIONAL PROSTATE CANCER<br>COALITION,<br><br>Defendants | CA 1:07-cv-01899-RMC<br>District for District of Columbia<br><br>*Related Case*:<br>Chapter 13: 07-11415-TJC<br>Southern District of Maryland<br><br>*Related Case*:<br>Adversary Proceeding 07-00902<br>Southern District of Maryland |

## **DRAFT ORDER**

Upon consideration of Plaintiff's Motion to dismiss with prejudice the above captioned matter, it is this ____ day of _____, 2008 hereby,

**ORDERED,** that the above captioned matter is dismissed with prejudice.

.

                                                      The Honorable Rosemary M. Collyer
                                                      United States District Court for the District of Columbia

1

Copies to:

Richard Atkins
7612 14th Street NW
Washington DC 20012

Cynthia Samuels
7612 14th Street NW
Washington DC 20012

Cobblestone Associates LLP
c/o Richard Atkins
7612 14th Street NW
Washington DC 20012

David Schoenfeld
c/o Ward & Klein, Chartered
2275 Research Blvd., Suite 720
Rockville, MD 20850

Ward & Klein, Chartered
2275 Research Blvd., Suite 720
Rockville, MD 20850

Kathrina Peterson
Kuder, Smollar & Friedman, P.C.
1350 Connecticut Avenue, NW Suite 600,
Washington, District of Columbia 20036

Kuder, Smollar & Friedman, P.C.
1350 Connecticut Avenue, NW Suite 600,
Washington, District of Columbia 20036

National Prostate Cancer Coalition
1154 Fifteenth Street, NW
Washington, DC 20005

Nancy L. Spencer-Grigsby
POB 958
Bowie, MD 20718

Clifford L. Brody
4914 Crescent Street
Bethesda, Maryland 20816-1702